UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN OKLAHOMA

| | |
|---|---|
| BRIAN LOOMIS, JASON BOYER and DANIEL W. KILDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTEP, INC., THE BOARD OF DIRECTORS OF NEXTEP, INC., THE INVESTMENT COMMITTEE OF NEXTEP, INC. and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No.: 5:21-cv-00199-HE<br><br>Honorable Joe Heaton |

## NOTICE OF SETTLEMENT

On May 19, 2021, at the Parties' request, the Court stayed all deadlines to allow the Parties to engage in settlement negotiations. *See* ECF 22. On March 21, 2022, the Court continued the stay until May 10, 2022. *See* ECF 35. The Parties are pleased to report they have reached a class-wide settlement in principle to resolve all claims in this matter, subject to finalizing the terms in a formal settlement agreement which will require court approval. Plaintiffs hope to be in position to submit the required settlement papers and motion for preliminary approval of the settlement to the Court by July 15, 2022.

The Parties respectfully request the Court continue the stay of all deadlines pending the Court's approval of the proposed settlement. Plaintiffs respectfully request until Friday, July 15, 2022, to submit their motion for preliminary approval of this class-wide settlement.

Respectfully submitted, this the 10th day of May, 2022.

| | |
|---|---|
| **CAPOZZI ADLER, P.C.** | **JACKSON LEWIS P.C.** |
| /s/ *Mark K. Gyandoh* | */s/ Howard Shapiro* |
| Mark K. Gyandoh | René E. Thorne (admitted *pro hac vice*) |
| Gabrielle P. Kelerchian | Rene.Thorne@jacksonlewis.com |
| markg@capozziadler.com | Howard Shapiro (admitted *pro hac vice*) |
| gabriellek@capozziadler.com | Howard.Shapiro@jacksonlewis.com |
| 312 Old Lancaster Rd. | Jackson Lewis P.C. |
| Merion Station, PA 19066 | 650 Poydras Street, Suite 1900 |
| Tel: (610) 890-0200 | Louisiana, LA 70130 |
| Fax: (717) 233-4103 | Telephone: (504) 208-1755 |
| | Facsimile: (504) 208-1759 |
| Donald R. Reavey, Esq. | |
| (admitted pro hac vice) | Larry G. Ball |
| donr@capozziadler.com | lball@hallestill.com |
| 2933 N. Front Street, Harrisburg, PA 17110 | Hall Estill |
| Tel: (717) 233-4101 | 100 N. Broadway Ave., Suite 2900 |
| Fax: (717) 233-4103 | Oklahoma City, OK 73102 |
| | Telephone: (405) 553-2826 |
| Rex Travis | Facsimile: (405) 553-2855 |
| Casey Lawson | |
| Info.travislawoffice.com | *Counsel for Defendants* |
| Travis Law Office | |
| P.O. Box 1336 | |
| Oklahoma City, OK 73101-1336 | |
| Tel: (405) 236-5400 | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that this day, 10th day of May, 2022, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

**CAPOZZI ADLER, P.C.**

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
312 Old Lancaster Rd.
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
markg@capozziadler.com

*Attorneys for Plaintiffs*