# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRIAN LOOMIS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-21-0199-HE |
| | ) | |
| NEXTEP, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The parties have advised that a settlement in principle of this putative class action has been reached, subject to finalizing its terms and to approval by the court. All scheduling and other deadlines will therefore continue to be stayed pending further order of the court. The parties are directed to submit their motion for preliminary approval not later than **July 1, 2022**.

**IT IS SO ORDERED**.

Dated this 10th day of May, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE