### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN LOOMIS, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-21-0199-HE |
| NEXTEP, INC., ET AL., | ) |
| Defendants. | ) |

### ORDER

The parties' joint motion for extension of time [Doc. #38] is **GRANTED**. Plaintiffs shall submit their motion for preliminary approval of class-action settlement and related documents on or before **July 8, 2022**.

**IT IS SO ORDERED**.

Dated this 30th day of June, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE