UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN OKLAHOMA

| | |
|---|---|
| BRIAN LOOMIS, JASON BOYER and DANIEL W. KILDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTEP, INC., THE BOARD OF DIRECTORS OF NEXTEP, INC., THE INVESTMENT COMMITTEE OF NEXTEP, INC. and JOHN DOES 1-30.<br><br>Defendants. | Civil Action No.: 5:21-cv-00199-HE<br><br>Honorable Joe Heaton |

**PLAINTIFFS BRIAN LOOMIS, JASON BOYER, AND DANIEL W. KILDAY'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF FAIRNESS HEARING**

Plaintiffs Brian Loomis, Jason Boyer, and Daniel W. Kilday (collectively, "Plaintiffs"), participants in the Nextep 401(k) Retirement Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval) and respectfully move this Court for an Order granting the relief sought.

---

[1] "Defendants" refers, collectively, to Nextep, Inc. ("Nextep"), The Board of Directors of Nextep, Inc. ("Board"), The Investment Committee of Nextep, Inc. ("Committee"), and John Does 1-30.

1

The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: July 8, 2022            Respectfully submitted,

                               **CAPOZZI ADLER, P.C.**

*/s/* Mark K. Gyandoh
Mark K. Gyandoh, Esquire
Attorney ID No. 88587
Gabrielle Kelerchian
Attorney ID No. 324248
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com
        gabriellek@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
Attorney ID No. 82498
2933 North Front Street
Harrisburg, PA 17110
(717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

Counsel for Plaintiffs and
the Putative Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esq.
