**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BRIAN LOOMIS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO.  CIV-21-0199-HE |
| | ) | |
| NEXTEP, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs' motion for preliminary approval of class action settlement [Doc. #40] is

set for hearing on **Tuesday, August 30, 2022, at 10:00 a.m**. in Courtroom 501.

**IT IS SO ORDERED**.

Dated this 14th day of July, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE