IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRIAN LOOMIS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-21-0199-HE |
| | ) | |
| NEXTEP, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The parties' joint motion for leave to appear remotely at the August 30, 2022, hearing for Preliminary Approval of Class Action Settlement is **DENIED**. While it is not necessary for all counsel to appear in person, the person presenting the motions and addressing the court's questions should be in the courtroom.

**IT IS SO ORDERED**.

Dated this 27th day of July, 2022.

JOE HEATON
UNITED STATES DISTRICT JUDGE