UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN OKLAHOMA

| | |
|---|---|
| BRIAN LOOMIS, JASON BOYER and DANIEL W. KILDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTEP, INC., THE BOARD OF DIRECTORS OF NEXTEP, INC., THE INVESTMENT COMMITTEE OF NEXTEP, INC. and JOHN DOES 1-30.<br><br>Defendants. | )<br>)<br>)  Civil Action No.: 5:21-cv-00199-HE<br>)<br>)<br>)<br>)  Honorable Joe Heaton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF
SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Named Plaintiffs Brian Loomis, Jason Boyer, and Daniel W. Kilday (collectively, "Plaintiffs"), participants in the Nextep 401(k) Retirement Savings Plan (the "Plan") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on July 8, 2022 and previously filed with the Court on July 8, 2022 (ECF No. 42-1);

2. Certifying the Class as defined in the September 8, 2022 Preliminary Approval Order (ECF No. 52);

3. Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum of Law in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: December 12, 2022                Respectfully submitted,

                                        **CAPOZZI ADLER, P.C.**

                                        */s/ Mark K. Gyandoh*
                                        Mark K. Gyandoh, Esquire
                                        (admitted *pro hac vice*)
                                        312 Old Lancaster Road
                                        Merion Station, PA 19066
                                        Tel: (610) 890-0200
                                        Fax (717) 233-4103
                                        Email: markg@capozziadler.com

                                        **CAPOZZI ADLER, P.C.**
                                        Donald R. Reavey, Esquire

(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110

Tel.: (717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

Counsel for Plaintiffs and
the Putative Class

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.


By: /s/ *Mark K. Gyandoh*
　　Mark K. Gyandoh, Esq.